UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 20, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-06-0144 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| VALERIE A. ROBINSON, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   VALERIE A. ROBINSON  , Case No.   CR S-06-0144 MCE  , Charge   18 USC Title §§ 287 and 2  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_ Release on Personal Recognizance

_ Bail Posted in the Sum of $_____

X Unsecured Appearance Bond $ _10,000_

_ Appearance Bond with 10% Deposit

_ Appearance Bond with Surety

_ Corporate Surety Bail Bond

X (Other)   _Pretrial Services Supervision_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 20, 2006  at   2:50 p.m.  .

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal