DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
VALERIE ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:06-cr-0144 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) ) | |
| VALERIE ROBINSON, | ) ) ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on July 12, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for July 18, 2006, be continued until Wednesday, August 29, 2006, at 8:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 12, 2006 stipulation, the time under the Speedy Trial Act is excluded from July 18, 2006, through August 29, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: July 11, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE