```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:06-cr-0144-MCE |
|---|---|---|
| Plaintiff, | ) | APPLICATION, DECLARATION AND ORDER EXTENDING BY ONE DAY THE DEADLINE FOR FILING GOVERNMENT'S RESPONSE TO MOTION IN LIMINE |
| v. | ) | |
| VALERIE A. ROBINSON, | ) | Trial: November 9, 2006 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Court: Morrison C. England, Jr. |

## Application

Plaintiff United States of America, by and through its undersigned counsel, respectfully applies pursuant to Local Rule 6-142 for an order extending by one court day, until November 6, 2006, the deadline for filing its brief in response to the defendant's motion _in limine_, for the reasons stated in the attached Declaration. The government's brief was due on Friday, November 3, 2006.

DATED: November 6, 2006                     McGREGOR W. SCOTT
                                            United States Attorney


                                      by    /s/ Samantha S. Spangler
                                            Samantha S. Spangler
                                            Assistant U.S. Attorney

1

Declaration

I, Samantha S. Spangler, Assistant U.S. Attorney, declare under penalty of perjury as follows.

1. Pursuant to the Court's October 24, 2006 minute order, the government's responsive brief was due on Friday, November 3, 2006.

2. The undersigned was not able to complete the government's responsive brief by the deadline. Because of the undersigned prosecutor's preparation of other trial documents in this case that were due and filed Thursday, November 2, 2006, and because of my preparation and filing of a Ninth Circuit brief on Friday, November 3, 2006 (on which I had already obtained an extension), I merely skimmed the motion in limine when it arrived and did not read it carefully until after 5:00 p.m. on Friday, believing I could conduct the research and file the brief by midnight that day. However, upon careful scrutiny, I discovered that the government would need to obtain additional records of the prior convictions to be able to present a thorough response to the motion. Those records would not be available until Monday at the earliest because the county court and law enforcement records offices had already closed for the weekend.

3. On Friday evening, I spoke with Lexi Negin, Ms. Robinson's counsel, and informed her of my circumstances. Ms. Negin graciously indicated she had no objection to my taking one more court day to respond to the defendant's motion in limine.[1]

---

[1] Because the defendant's brief in response to the government's motion in limine was not yet filed, I extended the reciprocal indication that I would not objection to her filing her brief one day late. Ms. Negin indicated she intended to file her brief that evening - which she did.

2

4. On Monday morning, the government's case agent set about trying to obtain copies - certified if possible - of the court records as well as copies of the law enforcement reports. The court records had all been sent to off-site storage and could not be obtained today. The government was able to obtain one law enforcement report. The government will continue to try to gather these materials.

Executed in Sacramento, California, on the 6th day of November, 2006.

/S/
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

Order

The Court hereby grant's the government's application for an order extending by one court day the deadline for filing its brief in response to the defendant's motion in limine.

IT IS SO ORDERED.

DATED: November 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3